**Electronically Filed
Supreme Court
SCMF-12-0000538
29-OCT-2020
02:05 PM
Dkt. 152 NP**

SCMF-12-0000538

SUPREME COURT OF THE STATE OF HAWAI'I

---

In the Matter of the
SEPTEMBER 2020 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAI'I

---

NOTICE OF PASSING THE HAWAI'I BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the September 2020 Hawai'i examination for admission to the Bar of the State of Hawai'i, as required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawai'i (RSCH):

| | |
|---|---|
| Jessica Adlam | Emmitt Hannibal Ford Jr. |
| Timothy Charles Kalamaokalani Alau | Alexander Darrow Forger II |
| Tiffany Jane  Aukai | Joel Robert Garner |
| Kaonohiokala Joseph Aukai | Benjamin Harrison Gold |
| Anthony James Ayres | Rachel Miguel Goldberg |
| Melissa Lynn Braswell | Jennifer Jean Griffin |
| Cherise Christine Braxton-Brooks | Christopher Tong-nyong Han |
| Maria Elizabeth Brosnan Faltas | Lauren Elisabeth Hauck |
| Kaleileihua Chloe Cabanas | Ryan Michael Heron |
| Noelle Emi Chan | Kallista Namiko Hiraoka |
| Vasana Chiu | Michael Lopaka Hoke |
| Darien Ngae Chow | Mitsuhiko Justin Homma |
| Ashley Hanae Choy | James Akira Honda |
| Thomas Edward Christensen | Asia Carolynne Howe |
| Kaylee Kilolani Michiko Correa | Katherine Brooke Hughes |
| William Noble Kaleiokuikalani Crowell | Henderson Kainoa Huihui |
| James Thomas Daugherty | Casey Michelle Hutnick |
| Emily Lehua  DeVille | Michael Yasuichi Ige |
| Caitlin Strother Doyle | Patrick Joseph Sus Inouye |
| Nicholas Koukala Ernst | Christopher Lester Johnson |

Sho Kenneth Kajima
Jonathan Austin Kam
Stephen Gabriel Kiyoshi Kaneshiro
Inha Kang
Raffi Kassabian
Nicholas Koichi Nihei Kido
Antony Kim
Cameron Keliʻi Komatsu
Jason Edward Korta
Sae Mok Lee
Susan Marie Leeder
Albert Kaising Li
Ryan David Louie
Jocelyn Marie Mills
John David Moore
Kelli Marie Moy
Thomas Verlin Nafziger
Kristi Teiko Nagamine
Miki Noelani Nakamura
Zack Jafer Hassan Naqvi
Elizabeth Ann Nardi
Paul Gregory Nardulli
Jorge Antonio Ochoa
Molly Anne Lyonie Olds

Ann Kanoelehua Otteman
Samantha Meilin Pang
Andrew Lee Park
Raquelle Alexandria Pendleton
Christopher Michael Phillips
Andrew Aaron Purtell
Scot Colin Rives
Eric Sean Robinson
Michael Joseph Robinson
Andrew Gavin Ronan
James William Rooney
Christine Shang
Peter Kurt Simon
Katie Lauren Smith
Leanne Ta
Ryan Mitsuo Toyomura
Chloe Kaleonani Mie Urabe
Michael Vinding
Sharon Joyce Williams
Holly Ucheliei Yamada
Janine Mari Yim
Deon Anne Young
Troy Young
Adoree Son Yu

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that the applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED: Honolulu, Hawaiʻi, October 29, 2020

BOARD OF EXAMINERS

By: /s/ Rochelle R.T. Kaui

Its Secretary

